**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03190-RPM-BNB

DOETTA LIVINGSTON,

    Plaintiff,

v.

VISION FINANCIAL CORP., a New York corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

s/Richard P. Matsch

April 3, 2013
_____  _____
DATE                        Richard P. Matsch, Senior District Judge